

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00211-CV

**IN RE PEOPLE'S MANAGEMENT OF TEXAS 1, LTD.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: September 21, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On April 11, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 97-CVQ-00997-D1, styled *People's Management of Texas 1, Ltd., successor in interest to Joe Medina, trustee v. Carlos Gutierrez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.